**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CHRISTOPHER WELKER                                                                                    PLAINTIFF
REG #30124-044

V.                                    NO: 2:11CV00107 BSM/HDY

USA *et al.*                                                                                                      DEFENDANTS

**ORDER**

Plaintiff filed this complaint on June 15, 2011. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief against Defendant Michael Breckon, and will therefore order service upon him.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant Michael Breckon, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon Breckon, the United States Attorney General, and the United States Attorney for this district, without prepayment of fees and costs or security therefor.

DATED this ___12___ day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE