**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**CHRISTOPHER WELKER,**                                                    **PLAINTIFF**
**REG #30124-044**

**v.**                  **CASE NO. 2:11CV00107 BSM/HDY**

**UNITED STATES OF AMERICA, et al.**                      **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge H. David Young and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's claims against defendants T.C. Outlaw, P. Herrington, Annita Ford, Charles Crow, Robert Bynum, Dallas Johnson, Norville, and Does, be DISMISSED WITH PREJUDICE and their names removed as party defendants.

Dated this 17th day of November 2011.

 

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE