# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

CHRISTOPHER WELKER,                                                                      PLAINTIFF
REG. #30124-044

v.                                         2:11-cv-00107-JTK

UNITED STATES OF AMERICA, et al.                                                       DEFENDANTS

## ORDER

Pursuant to FED.R.CIV.P. 12(d), this Court will construe Defendants' Motion to Dismiss (Doc. No. 37) as a Motion for Summary Judgment. The parties may submit an additional brief and/or evidence in support of their respective positions within ten days of the date of this Order.

IT IS SO ORDERED this 15th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE